# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LISA RYAN MURPHY**  **PLAINTIFF**
**ADC #760343**

**V.**          **NO. 3:21-cv-00112-KGB-ERE**

**STENNIT,** *et al.*          **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.   Procedures for Filing Objections**

This Recommendation for dismissal has been sent to United States District Judge Kristine G. Baker. Plaintiff may file objections if she disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Plaintiff does not file objections, she risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.   Discussion**

On June 16, 2021, Plaintiff Lisa Ryan Murphy, an Arkansas Division of Correction (ADC) inmate, filed this action without the help of a lawyer under 42

U.S.C. § 1983. *Doc. 1*. Because Plaintiff Murphy is a well-established three-striker,[1] she can proceed *in forma pauperis* only if she is currently in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g); *Ashley v. Dilworth,* 147 F.3d 715, 717 (8th Cir. 1998). Plaintiff's Complaint fails to plead any facts alleging that she is in imminent danger of serious physical injury. In fact, Plaintiff did not plead any facts at all, explaining that she would file an "upcoming statement of claim." *Doc. 1 at p. 4*.

On June 17, 2021, the Court entered an Order directing Plaintiff, within 30 days, to either pay the $402.00 filing fee or plead facts showing she is in imminent danger of serious physical injury. *Doc. 2*. The Court specifically cautioned Plaintiff that her failure to comply would result in dismissal of her claims, without prejudice. To date, Plaintiff has not complied with the Court's June 17, 2021 Order, and the time for doing so has passed.

### III.  Conclusion

The Court recommends Plaintiff Lisa Ryan Murphy's claims be DISMISSED, without prejudice, based on her failure to comply with the Court's June 17, 2021

---

[1] The following dismissals constitute "strikes" against Plaintiff for purposes of determining eligibility for IFP status: *Murphy v. Faust,* No. 1:14-cv-00127-JM (E.D. Ark. Nov. 18, 2014) (dismissing for failure to state a claim); *Murphy v. Culclager,* No. 1:15-cv-00027-BSM (E.D. Ark. June 5, 2015) (same)*; Murphy v. Kelly,* No. 1:15-cv-00044-JM (E.D. Ark. Apr. 27, 2015) (same); *Murphy v. Robinson,* No. 1:15-cv-00047-JM (E.D. Ark. June 24, 2015) (dismissing as frivolous); *Murphy v. Fisk,* No. 1:15-cv-00050-BSM (E.D. Ark. July 24, 2015) (dismissing for failure to state a claim).

Order requiring her to pay the filing fee or file facts showing she is in imminent danger of serious physical injury.

    IT IS SO ORDERED this 22nd day of July, 2021.

                                                   _____
                                                  UNITED STATES MAGISTRATE JUDGE