IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LISA RYAN MURPHY**  **PLAINTIFF**
ADC #760343

v.  Case No: 3:21-cv-00112 KGB

**STENNIT**, *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 3). Plaintiff Lisa Ryan Murphy has not objected to the Recommended Disposition, and the time for doing so has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The Court dismisses without prejudice Ms. Murphy's complaint (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

So ordered this 9th day of January, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge